**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------

In re:                                                                                      Chapter 13

BOBBY H.J. KIM,                                                           Case No. 25-12137 (JPM)

                       Debtor.
-----------------------------------------------------------------

### ORDER DISMISSING CASE UNDER § 521(i)
### FOR FAILURE TO TIMELY FILE REQUIRED DOCUMENTS

The Debtor having filed a chapter 13 petition on September 30, 2025, and having failed to file, among other things, Schedules A/B, C, D, E/F, G, H, I, and J, and the Statement of Financial Affairs; and the Clerk of the Court having issued a deficiency notice on September 30, 2025 stating the required documents yet to be filed; and the Clerk of the Court having issued a notice of hearing, dated September 30, 2025, to consider the automatic dismissal based upon the Debtor's failure to file the above-referenced Schedules and Statements; and the Court having conducted the hearing on December 18, 2025 at 10:00 a.m.; and the Debtor having failed to cure the deficiencies identified in the notice; it is hereby

ORDERED that the above-captioned case is dismissed pursuant to 11 U.S.C. § 521(i).


Dated: New York, New York                          /s/ John P. Mastando III
         December 23, 2025                        Honorable John P. Mastando III
                                   United States Bankruptcy Judge