# Notice Recipients

District/Off: 0208−1          User: admin          Date Created: 12/23/2025

Case: 25−12137−jpm          Form ID: pdf001          Total: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          U.S. Bank Trust Company, National Association, as Trustee, as successor−in−interest to U.S. Bank National Association, as Indenture Trustee, on behalf of the holders of the Thornburg Mortgage Securiti

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust          United States Trustee          USTPRegion02.NYECF@USDOJ.GOV
tr          Thomas C. Frost          info@FrostSDNY13.com
aty          John G. McCarthy          jmccarthy@sgrlaw.com
aty          Michael L. Carey          mcarey@raslg.com
aty          Shari Barak          sbarak@logs.com

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Bobby H.J. Kim          130 Beekman Street          #5B          New York, NY 10038
cr          Beekman Landing Condominium          c/o Siren Management          40 Exchange Place          New York, NY 10005
cr          U.S. Bank Trust Company, National Association          Robertson, Anschutz, Schneid, Crane & Pa          13010 Morris Rd., Suite 450          Alpharetta, GA 30004 UNITED STATES

TOTAL: 3